**HONORABLE JUDGE JAMAL N. WHITEHEAD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurer,<br><br>Defendant. | Case No. 2:23-cv-00179-JNW<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**{Clerk's Action Required}**<br><br>**[Proposed]**<br><br>{NOTE ON MOTION CALENDAR: October 3, 2023} |

THIS MATTER has come before the Court on the parties' Stipulated for the Withdrawal and Substitution of Counsel. The Court has reviewed the court file and pleadings submitted, including the Parties' Stipulated Motion for the Withdrawal and Substitution of Counsel.

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. The withdrawal of Joseph W. Moore and Cascade Law, and the substitution of the new firm for Plaintiff's counsel, Heather N. Derenski, of Cedar View Law, PLLC is GRANTED;

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 2:23-cv-00179-JNW
Page 1 of 3

CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

2. Service of future documents or pleadings in this case shall be made to Cedar View Law, only to the extent allowed under Civil Rules without an electronic service agreement in place. This stipulated motion does not contemplate any service agreement, and the Court is not ordering one. Plaintiff's counsel has the following contact information:

a. Heather N. Derenski
108 Union Avenue
Snohomish, WA 98290
e: heather@cedarviewlaw.com
p: (425) 460-0080

DONE this 17th day of October, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

CASCADE LAW PLLC

s/Joseph W. Moore
Joseph W. Moore, WSBA No. 44061

*Withdrawing Attorney for Plaintiff*

CEDAR VIEW LAW, PLLC

s/Heather N. Derenski
Heather N. Derenski, WSBA No. 59366

*Attorney for Plaintiff and Substituting Firm*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Case No. 2:23-cv-00179-JNW
Page 2 of 3

CASCADE LAW PLLC
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

SINARS SLOWIKOWSKI TOMASKA LLC

*s/James D. Hicks*
James D. Hicks, WSBA # 36126

*s/Christopher Furman*
Christopher Furman, WSBA # 57143

*Attorneys for Defendant State Farm Fire & Casualty Company*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
**Case No.** 2:23-cv-00179-JNW
Page 3 of 3

**CASCADE LAW PLLC**
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law