JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-cv-00179-JNW<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>February 7, 2024<br>Without oral argument |

THIS MATTER, having come before the Court by way of the Stipulated Motion to Continue Trial Date and Associated Deadlines in the above-referenced matter, and the Court, having reviewed the foregoing, hereby finds that good cause exists to continue the trial date and associated deadlines.

ACCORDINGLY, THE COURT HEREBY ORDERS THE JURY TRIAL SCHEDULING ORDER MODIFIED WITH RESPECT TO THE FOLLOWING DATES:

| EVENT | CURRENT | NEW |
|---|---|---|
| JURY TRIAL begins | July 22, 2024 | November 26, 2024 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES - 1
NO. 2:23-cv-00179-JNW

**Sinars Slowikowski Tomaska LLC**
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
(206) 705-2115

| | | |
|---|---|---|
| Length of trial | *See* JSR | *See* JSR |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | February 3, 2024 | June 3, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | March 25, 2024 | July 23, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | May 23, 2024 | September 20, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | June 12, 2024 | October 10, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | July 1, 2024 | October 29, 2024 |
| Agreed pretrial order due | July 1, 2024 | October 29, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | July 8, 2024 | November 5, 2024 |
| Pretrial conference | July 15, 2024 | November 12, 2024 |

IT IS SO ORDERED. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

DATED this 9th of February, 2024.

_____
Jamal N. Whitehead
United States District Judge

//

//

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES - 2
NO. 2:23-cv-00179-JNW

**Sinars Slowikowski Tomaska LLC**
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
(206) 705-2115

Presented by:.

SINARS SLOWIKOWSKI TOMASKA LLC

BY: *s/ James D. Hicks*
James D. Hicks, WSBA #30836
jhicks@sinarslaw.com

BY: *s/ Christopher W. Furman*
Christopher Furman, WSBA #57143
cfurman@sinarslaw.com

2815 Elliott Avenue, Suite 100
Seattle, WA 98121
Phone: (206) 705-2115
servicesea@sinarslaw.com

Counsel for Defendant State Farm Fire and Casualty Company

CEDAR VIEW LAW, PLLC

BY: *s/Heather N. Derenski*
Heather N. Derenski, WSBA #59366
heather@cedarviewlaw.com

108 Union Avenue
Snohomish, WA 98290
Phone: (425) 460-0080

Counsel for Plaintiffs

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES - 3
NO. 2:23-cv-00179-JNW

**Sinars Slowikowski Tomaska LLC**
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
(206) 705-2115