UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 23-cv-179<br><br>ORDER |

The Court raises this matter sua sponte. Plaintiffs Michael and Alexis Wright filed their Amended Motion to Compel on January 25, 2024. Dkt. No. 26. The Court will hold oral argument on the motion. The parties are directed to identify a mutually agreeable date in March 2024 for a hearing on the motion. If a hearing date is not identified by February 16, 2024, the Court will set a date without consulting the parties further. If, in light of the recent trial continuance, the parties wish to delay a ruling on the motion so that they may meet and confer more—a notion the Court strongly encourages—Plaintiffs should withdraw their motion and renote it as necessary.

**ORDER** - 1

It is so ORDERED.

Dated this 9th day of February, 2024.

                                        Jamal N. Whitehead
                                        United States District Judge

**ORDER** - 2