UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 23-cv-179<br><br>ORDER |

The Court raises this matter sua sponte. Plaintiffs Michael and Alexis Wright filed a motion to continue on January 4, 2024. Dkt. No. 18. On February 6, 2024, the parties filed a Stipulated Motion to Continue Trial Date And Associated Deadlines. Dkt. No. 31. The Court granted this request on February 9, 2024. Dkt. No. 34. Accordingly, the Court DENIES Plaintiffs' Motion to Continue as moot. It is so ORDERED.

Dated this 16th day of February, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

**ORDER** - 1