UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer,<br><br>Defendant. | CASE NO. 2:23-cv-179<br><br>ORDER |

On March 26, 2024, the Court heard oral argument on Plaintiffs Michael and Alexis Wright's amended motion to compel discovery, and the parties' stipulated motions for a protective order and to continue the discovery cutoff. Dkt Nos. 26, 30, 39.

The Court considered the parties' briefing and argument and GRANTED the parties' Stipulated Motion to Continue Discovery. Dkt. No. 39. The Court DENIED the parties' Stipulated Motion For Protective Order, without prejudice. Dkt. No. 30. The Court also DENIED Plaintiffs' Motion to Compel, without prejudice. Dkt. No. 26. The Court directs the parties to meet and confer about the subjects raised in

**ORDER** - 1

Plaintiffs' motion to try to resolve their differences. If Court intervention is necessary, the parties must seek relief using the Court's Expedited Joint Motion Procedure under LCR 37(a)(2).

It is so ORDERED.

Dated this 26th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

**ORDER** - 2