JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-cv-00179-JNW<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>May 24, 2024<br>Without oral argument |

THIS MATTER, having come before the Court by way of the Stipulated Motion to Continue Trial Date and Associated Deadlines in the above-referenced matter, and the Court, having reviewed the foregoing, hereby finds that good cause exists to continue the trial date and associated deadlines. <u>This is the parties' third request for a continuance, coming after their request for a continuance of the trial date and related dates on February 6, 2024, Dkt. No. 31, as well as their request for a continuance of the discovery deadlines on February 16, 2024, Dkt. No. 39. No further continuances will be granted.</u>

ACCORDINGLY, THE COURT HEREBY ORDERS THE JURY TRIAL SCHEDULING ORDER MODIFIED WITH RESPECT TO THE FOLLOWING DATES:

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES - 1
NO. 2:23-cv-00179-JNW

Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
(206) 705-2115

//

//

//

| EVENT | CURRENT | NEW |
|---|---|---|
| JURY TRIAL begins | November 26, 2024 | March 26, 2025 |
| Length of trial | *See* JSR | *See* JSR |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | June 3, 2024 | September 6, 2024 |
| Discovery to be completed by | June 22, 2024 | October 25, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | July 23, 2024 | November 25, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | September 20, 2024 | January 20, 2025 |
| All motions in limine must be filed by (*see* LCR 7(d)) | October 10, 2024 | February 10, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | October 29, 2024 | February 28, 2025 |
| Agreed pretrial order due | October 29, 2024 | February 28, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | November 5, 2024 | March 5 5, 2025 |
| Pretrial conference | November 12, 2024 | March 12, 2025 |

IT IS SO ORDERED. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES - 2
NO. 2:23-cv-00179-JNW

Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
(206) 705-2115

1  DATED this 30th of May 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING SECOND STIPULATED
MOTION TO CONTINUE TRIAL AND
ASSOCIATED DEADLINES - 3
NO. 2:23-cv-00179-JNW

Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
(206) 705-2115

Presented by:.

SINARS SLOWIKOWSKI TOMASKA LLC

BY:   *s/ James D. Hicks*
James D. Hicks, WSBA #30836
jhicks@sinarslaw.com

2815 Elliott Avenue, Suite 100
Seattle, WA 98121
Phone: (206) 705-2115
servicesea@sinarslaw.com

Counsel for Defendant State Farm Fire and Casualty Company


CEDAR VIEW LAW, PLLC

BY:   *s/Heather N. Derenski*
Heather N. Derenski, WSBA #59366
heather@cedarviewlaw.com

108 Union Avenue
Snohomish, WA 98290
Phone: (425) 460-0080

Counsel for Plaintiffs

ORDER GRANTING SECOND STIPULATED
MOTION TO CONTINUE TRIAL AND
ASSOCIATED DEADLINES - 4
NO. 2:23-cv-00179-JNW

Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
(206) 705-2115