UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer,<br><br>Defendant. | CASE NO. 2:23-cv-179<br><br>ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On May 30, 2024, the parties filed a stipulated motion for a protective order based on this District's Model Stipulated Protective Order. Dkt. No. 44. Under LCR 26(C)(2), "[p]arties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." The parties' proposed protective order departs from the model order, but they did not provide the Court with a redlined version of their proposed order identifying those departures.

**ORDER** - 1

Accordingly, the parties must send a redlined version of their stipulated protective order to whiteheadorders@wawd.uscourts.gov within seven days of this Order.

It is so ORDERED.

Dated this 6th day of June, 2024.

Ravi Subramanian
Clerk
/s/ Kathleen Albert
Deputy Clerk

**ORDER** - 2