**HONORABLE JAMAL N. WHITEHEAD**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurer,<br><br>Defendant. | Case No. 2:23-cv-00179-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY MOTION DEADLINE |

THIS MATTER has come before the Court on the parties' Stipulated Motion to Continue the Discovery Motion Deadline. The Court has reviewed the court file and pleadings submitted, including:

1. The Parties' Stipulated Motion to Continue the Discovery Deadlines; and

2. The pleadings and papers in the Court file;

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. The Parties' Stipulated Motion to Continue the Discovery Motion Deadlines is ordered;

a. The Court orders a new discovery motion deadline of November 1, 2024.

DONE this 9th day of September, 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

CEDAR VIEW LAW, PLLC

s/*Heather N. Derenski*
Heather N. Derenski, WSBA No. 59366

KARL E. MALLING P.S.

Karl E. Malling, WSBA No. 7047

*Attorneys for Plaintiffs*

SINARS SLOWIKOWSKI TOMASKA LLC

s/*James D. Hicks by email authorization*
James D. Hicks, WSBA #36126

*Attorney for State Farm Fire & Casualty Company*

PROPOSED ORDER GRANTING STIPULATED
MOTION TO CONTINUE THE TRIAL DATE AND
PRETRIAL DEADLINES
CASE No. 2:23-cv-00179-JNW
Page 2 of 2

**CEDAR VIEW LAW, PLLC**
108 Union Avenue
Snohomish, WA 982290
(425) 460-0080