EXHIBIT 16

| | |
|---|---|
| **From:** | Christopher Furman |
| **To:** | Heather Derenski |
| **Cc:** | James Hicks; Kaily Watson |
| **Subject:** | RE: Wright v. SF \| Discovery verification |
| **Date:** | Monday, February 5, 2024 1:46:09 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Hi Heather,

I apologize for not getting you topic redlines last night as I had promised. Do you have time for a short call today? Maybe 5pm? We have some news. Let me know what works best for you.

Thanks,



**Christopher W. Furman**

Associate Attorney

---

 2815 Elliott Avenue • Suite 100 • Seattle, Washington 98121

(206) 767-9780        (312) 767-9780        SinarsLaw.com

(312) 767-9790 • Chicago, IL            (618) 215-6780 • Edwardsville, IL

(314) 391-2260 • St. Louis, MO         (206) 705-2115 • Seattle, WA

(312) 767-9790 • Dallas, TX

---

**CONFIDENTIALITY NOTICE:** The information contained within this email and any accompanying attachments are confidential. Both the information and the electronic documents belong to the sender and are legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender.

---

**From:** Heather Derenski <Heather@cedarviewlaw.com>
**Sent:** Sunday, February 4, 2024 5:04 PM
**To:** Christopher Furman <cfurman@sinarslaw.com>
**Cc:** James Hicks <jhicks@sinarslaw.com>; Kaily Watson <Kaily@cedarviewlaw.com>
**Subject:** RE: Wright v. SF | Discovery verification

Christopher,

Attached is the proposed protective order with my edits, per our discussion last Friday.  The list of documents has been revised based on 1) documents previously produced that you have indicated do not have a newer version that is applicable to Mr. Treat's handling and 2) that are not relevant to the Wrights' claim (e.g. SFPSP guides) and 3) documents we previously requested that are referenced in applicable Operations Guides.

I have also included the HIPAA language based on the protected information discussed during the Wrights' depositions, as noted by my objections to that information, and as discussed with Mr. Hicks during those depositions.

Heather

Heather Derenski | Attorney
**CEDAR VIEW LAW, PLLC**
Office:  (425) 460-0080 | www.cedarviewlaw.com
Direct:  (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential.  Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*

**From:** Christopher Furman <cfurman@sinarslaw.com>
**Sent:** Wednesday, January 24, 2024 2:03 PM
**To:** Heather Derenski <Heather@cedarviewlaw.com>
**Cc:** James Hicks <jhicks@sinarslaw.com>
**Subject:** RE: Wright v. SF | Discovery verification

Hi Heather,

Please see attached proposed stipulated protective order following our discovery conference. Let us know if you approve.

Regards,



**Christopher W. Furman**

| | |
|---|---|
| **From:** | Heather Derenski |
| **To:** | Christopher Furman |
| **Subject:** | Wright v. State Farm, Exhibit A to FRCP 30(b)(6) |
| **Date:** | Friday, February 2, 2024 7:52:16 PM |
| **Attachments:** | EXHIBIT A.docx |

Christopher,

Attached is Exhibit A to the FRCP 30(b)(6) Deposition Notice to State Farm.

Heather

Heather Derenski | Attorney

**CEDAR VIEW LAW, PLLC**

Office: (425) 460-0080 | www.cedarviewlaw.com

Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential.  Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*

| | |
|---|---|
| **From:** | Christopher Furman |
| **To:** | Heather Derenski |
| **Cc:** | Kaily Watson; James Hicks; Wendy Morrow; Laura McKeon |
| **Subject:** | RE: Wright v. State Farm Fire and Casualty Company, FRCP 30(b)(6) call |
| **Date:** | Friday, February 2, 2024 5:56:29 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Hi Heather,

Thanks for the call just now regarding the stipulated PO, 30(b)(6) topics, and continuance motion. This is to confirm that we would stipulate to State Farm's 30(b)(6) deposition taking place within 30 days after the current discovery cutoff of February 23, 2024, on a mutually agreed upon date, conditioned on continued good-faith negotiation of the 30(b)(6) topics and mutual scheduling concerns, with the further caveat that the deposition will be renoted if the trial is continued. We look forward to receiving your redlines to the proposed stipulated protective order and will send you redlines on the topics to review this weekend.

If you are available, please feel free to give me a call on Sunday once we have exchanged redlines so that we can iron out any remaining differences.

Have a good weekend,



**Christopher W. Furman**

Associate Attorney

 2815 Elliott Avenue • Suite 100 • Seattle, Washington 98121

(206) 767-9780        (312) 767-9780        SinarsLaw.com

(312) 767-9790 • Chicago, IL          (618) 215-6780 • Edwardsville, IL

(314) 391-2260 • St. Louis, MO       (206) 705-2115 • Seattle, WA

(312) 767-9790 • Dallas, TX

**CONFIDENTIALITY NOTICE:** The information contained within this email and any accompanying attachments are confidential. Both the information and the electronic documents belong to the sender and are legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender.

**From:** Heather Derenski <Heather@cedarviewlaw.com>
**Sent:** Monday, January 29, 2024 5:07 PM
**To:** Christopher Furman <cfurman@sinarslaw.com>; James Hicks <jhicks@sinarslaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>; Laura McKeon <lmckeon@sinarslaw.com>
**Cc:** Kaily Watson <Kaily@cedarviewlaw.com>
**Subject:** Wright v. State Farm Fire and Casualty Company, FRCP 30(b)(6) call

Christopher,

I just left you a message regarding our Fed. R. Civ. P. 30(b)(6) conference scheduled for 5pm this evening. Please advise your availability to accomplish this call.

Heather

Heather Derenski | Attorney
**CEDAR VIEW LAW, PLLC**
Office: (425) 460-0080 | www.cedarviewlaw.com
Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential. Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.Chri*