# EXHIBIT 18

| | |
|---|---|
| **From:** | James Hicks |
| **To:** | Heather Derenski; Wendy Morrow; servicesea |
| **Cc:** | Karl Malling; Kaily Watson; Abby Parker; Erin Cossette; Angela MacMillan |
| **Subject:** | Re: LCR 5(g)(3)(A) & Confidential Filing - Wright v. State Farm |
| **Date:** | Thursday, October 31, 2024 7:06:04 PM |

Counsel:

I am still in trial, but it appears that we may be giving closings tomorrow. Accordingly, I may be available as early as Monday, and more than likely I will be available on Tuesday or at least Wednesday. Please let me know your availability for a meet and confer next week.

Thank you,
Jim

James D. Hicks
Partner
Sinars Slowikowski Tomaska LLC
221 1st Avenue W, Suite 200
Seattle, Washington 98119
206-593-1164

**From:** Heather Derenski <Heather@cedarviewlaw.com>
**Sent:** Thursday, October 31, 2024 4:26 PM
**To:** James Hicks <jhicks@sinarslaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>; servicesea <servicesea@sinarslaw.com>
**Cc:** Karl Malling <karl@mallinglaw.com>; Kaily Watson <Kaily@cedarviewlaw.com>; Abby Parker <abby@cedarview-malling.com>; Erin Cossette <erin@mallinglaw.com>; Angela MacMillan <legalassistant@mallinglaw.com>
**Subject:** LCR 5(g)(3)(A) & Confidential Filing - Wright v. State Farm

Counsel,

We intend to file the following documents with the Court:

- Bates WRIGHTM00002888-2889 Treat's Performance Review
- Bates WRIGHT M00003557-3662 Financial Incentive Documents
- Bates WRIGHT M00002827-2868 Reinspection Email Caldwell to Cypher with Xactimate Estimate
- BATES WRIGHTM00003661-3664 Cypher Email Re Reinspection w/ Report

Please advise pursuant to LCR 5(g)(3)(A) if you will agree to remove the Confidential designation on any of these documents or agree to discuss redactions. Additional documents may be identified and will be communicated separately.

Best,

Heather

Heather Derenski | Attorney
**CEDAR VIEW LAW, PLLC**
Office: (425) 460-0080 | www.cedarviewlaw.com
Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential.  Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*