EXHIBIT 3

| | |
|---|---|
| **From:** | Heather Derenski |
| **To:** | James Hicks |
| **Cc:** | Wendy Morrow; Kaily Watson; Samantha Santiago |
| **Subject:** | Wright v. State Farm |
| **Date:** | Thursday, May 30, 2024 5:41:34 PM |

Jim,

As agreed, I will strike the currently noted depositions for Mr. Treat, State Farm, Ms. Leonhardi, and Mr. Peterson. Please provide their availability for Depositions in August and September.

Thank you,

Heather

Heather Derenski | Attorney

**CEDAR VIEW LAW, PLLC**

Office: (425) 460-0080 | www.cedarviewlaw.com

Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential. Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*

| | |
|---|---|
| **From:** | Heather Derenski |
| **To:** | James Hicks |
| **Cc:** | Kaily Watson; Wendy Morrow |
| **Subject:** | RE: Wright v. State Farm - Depositions |
| **Date:** | Wednesday, May 22, 2024 8:28:59 PM |

That will work. Please give me a call then.

Thank you,

Heather

Heather Derenski | Attorney
**CEDAR VIEW LAW, PLLC**
Office: (425) 460-0080 | www.cedarviewlaw.com
Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential. Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*

**From:** James Hicks <jhicks@sinarslaw.com>
**Sent:** Wednesday, May 22, 2024 6:28 PM
**To:** Heather Derenski <Heather@cedarviewlaw.com>
**Cc:** Kaily Watson <Kaily@cedarviewlaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>
**Subject:** Re: Wright v. State Farm - Depositions

How about Friday at 10:30am?

James D. Hicks

Partner

Sinars Slowikowski Tomaska LLC

2815 Elliott Avenue Suite 100

Seattle, Washington 98121

206-593-1164

**From:** Heather Derenski <Heather@cedarviewlaw.com>
**Sent:** Wednesday, May 22, 2024 6:11:22 PM

**To:** James Hicks <jhicks@sinarslaw.com>
**Cc:** Kaily Watson <Kaily@cedarviewlaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>
**Subject:** RE: Wright v. State Farm - Depositions

Sorry Jim, not today. I'm available Friday.

Heather Derenski | Attorney
**CEDAR VIEW LAW, PLLC**
Office: (425) 460-0080 | www.cedarviewlaw.com
Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential. Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*

---

**From:** James Hicks <jhicks@sinarslaw.com>
**Sent:** Wednesday, May 22, 2024 5:19 PM
**To:** Heather Derenski <Heather@cedarviewlaw.com>
**Cc:** Kaily Watson <Kaily@cedarviewlaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>
**Subject:** Re: Wright v. State Farm - Depositions

Hi Heather,

Do you have time for a call tomorrow to confer and plan for all remaining depositions?

Thanks,
Jim

James D. Hicks
Partner
Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue Suite 100
Seattle, Washington 98121
206-593-1164

---

**From:** James Hicks <jhicks@sinarslaw.com>

**Sent:** Tuesday, May 21, 2024 4:40 PM
**To:** Heather Derenski <Heather@cedarviewlaw.com>; Christopher Furman <cfurman@sinarslaw.com>
**Cc:** Kaily Watson <Kaily@cedarviewlaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>; Laura McKeon <lmckeon@sinarslaw.com>
**Subject:** Re: Wright v. State Farm - Depositions

Hi Heather,

I'm in deps in Spokane right now. My June is pretty booked, but let's talk as soon as I fly back to Seattle so we can cooperatively work out a deposition schedule for all remaining witnesses for both parties.

Do you have time for a call on Thursday? I can make a call any time except 11:30am- 2pm. Let me know what works for you.

Thanks,
Jim

James D. Hicks
Partner
Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue Suite 100
Seattle, Washington 98121
206-593-1164

---

**From:** Heather Derenski <Heather@cedarviewlaw.com>
**Sent:** Tuesday, May 21, 2024 3:30:22 PM
**To:** James Hicks <jhicks@sinarslaw.com>; Christopher Furman <cfurman@sinarslaw.com>
**Cc:** Kaily Watson <Kaily@cedarviewlaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>; Laura McKeon <lmckeon@sinarslaw.com>
**Subject:** Wright v. State Farm - Depositions

Counsel,

Please see the attached letter regarding upcoming depositions in this case, along with the attached deposition notices. Please notify our office immediately if you are declining to accept service.

Thank you,

Heather

Heather Derenski | Attorney
**CEDAR VIEW LAW, PLLC**
Office: (425) 460-0080 | [www.cedarviewlaw.com](www.cedarviewlaw.com)
Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential.  Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*