# EXHIBIT 4

| | |
|---|---|
| **From:** | James Hicks |
| **To:** | Heather Derenski; Wendy Morrow |
| **Cc:** | Karl Malling; Erin Cossette; Kaily Watson |
| **Subject:** | RE: Wright v. State Farm - Follow up to FRCP 26(f) call |
| **Date:** | Friday, September 6, 2024 5:24:59 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Tim Treat and State Farm's 30(b)(6) witness are available for remote deposition October 14-18.

State Farm is reviewing the amended PO and I should be able to send it to you on Monday, together with my letter addressing all remaining items.

Jim



**James D. Hicks**

Partner

2815 Elliott Avenue • Suite 100 • Seattle, Washington 98121

(206) 593-1164       (312) 767-9780       SinarsLaw.com

(312) 767-9790 • Chicago, IL           (618) 215-6780 • Edwardsville, IL
(314) 391-2260 • St. Louis, MO         (206) 705-2115 • Seattle, WA
(312) 767-9790 • Dallas, TX

**CONFIDENTIALITY NOTICE:** The information contained within this email and any accompanying attachments are confidential. Both the information and the electronic documents belong to the sender and are legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender.

**From:** Heather Derenski <Heather@cedarviewlaw.com>
**Sent:** Friday, September 6, 2024 10:34 AM
**To:** James Hicks <jhicks@sinarslaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>
**Cc:** Karl Malling <karl@mallinglaw.com>; Erin Cossette <erin@mallinglaw.com>; Kaily Watson <Kaily@cedarviewlaw.com>
**Subject:** RE: Wright v. State Farm - Follow up to FRCP 26(f) call

Those are the Wrights' phone numbers used during the claim.

Heather

Heather Derenski | Attorney
**CEDAR VIEW LAW, PLLC**
Office: (425) 460-0080 |  www.cedarviewlaw.com
Direct: (425) 818-4802 | 108 Union Avenue Snohomish, WA 98290

The contents of this e-mail message from Cedar View Law, PLLC and any attachments, are intended for the sole use of the intended recipients and is intended to be and to remain confidential. Use of the information contained within or attached to this email is for authorized purposes only, and the recipient is responsible for maintaining the confidentiality of the content. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, copy, print, or disclose this message and/or any attachments, or take any action in reliance upon the information contained in this communication if you are not the intended recipient.

*If this email contains information addressing the settlement of a claim or lawsuit, it is provided with the understanding that it will be entitled to protection pursuant to ER 408.*

**From:** James Hicks <jhicks@sinarslaw.com>
**Sent:** Friday, September 6, 2024 10:16 AM
**To:** Heather Derenski <Heather@cedarviewlaw.com>; Wendy Morrow <wmorrow@sinarslaw.com>
**Cc:** Karl Malling <karl@mallinglaw.com>; Erin Cossette <erin@mallinglaw.com>; Kaily Watson <Kaily@cedarviewlaw.com>
**Subject:** RE: Wright v. State Farm - Follow up to FRCP 26(f) call

Thanks, Heather. Are those 2 phone numbers your client's numbers? Or are one of those Tim Treat's number?

Jim



**James D. Hicks**

Partner

 2815 Elliott Avenue • Suite 100 • Seattle, Washington 98121

(206) 593-1164        (312) 767-9780        SinarsLaw.com

(312) 767-9790 • Chicago, IL          (618) 215-6780 • Edwardsville, IL
(314) 391-2260 • St. Louis, MO        (206) 705-2115 • Seattle, WA
(312) 767-9790 • Dallas, TX

**CONFIDENTIALITY NOTICE:** The information contained within this email and any accompanying attachments are