# EXHIBIT 20

| | |
|---|---|
| From: | James Hicks |
| To: | Heather Derenski; Christopher Furman; Laura McKeon |
| Cc: | Joseph Moore; Kaia Hrachovec |
| Subject: | RE: Wright et al v. State Farm Fire & Casualty Company \| 2:23−cv−00179−LK |
| Date: | Friday, February 10, 2023 6:33:37 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Heather,

I believe that our Answer is due on Monday.  Would you give us a one-week extension to Tuesday, 2/21 (Monday, 2/20 is a federal holiday)?

Thanks,
Jim



### James D. Hicks

Partner

1000 2nd Ave • Suite 1950 • Seattle, WA 98104

(206) 593-1164      (312) 767-9780      SinarsLaw.com

(312) 767-9790 • Chicago, IL         (618) 215-6780 • Edwardsville, IL
(314) 391-2260 • St. Louis, MO      (206) 705-2115 • Seattle, WA
(312) 767-9790 • Dallas, TX          (925) 676-4200 • San Ramon, CA

**CONFIDENTIALITY NOTICE:** The information contained within this email and any accompanying attachments are confidential. Both the information and the electronic documents belong to the sender and are legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender.

**From:** Heather Derenski <heather@cascade.law>
**Sent:** Friday, February 10, 2023 1:47 PM
**To:** James Hicks <jhicks@sinarslaw.com>; Christopher Furman <cfurman@sinarslaw.com>; Laura McKeon <lmckeon@sinarslaw.com>
**Cc:** Joseph Moore <joseph@cascade.law>; Kaia Hrachovec <kaia@cascade.law>
**Subject:** Wright et al v. State Farm Fire & Casualty Company | 2:23−cv−00179−LK

Counsel,

Plaintiffs' State Farm insurance claim is ongoing and State Farm has requested additional documentation to process the Wrights' claims.

The following link contains requested documentation including:

- Personal property receipts
- Utility invoices for the loss location and the temporary housing residence
- Construction Schedule
- Plumbing change order
- Itemized electrical bid

https://www.dropbox.com/scl/fo/ds8gj074dpwwtgkfq8jap/h?dl=0&rlkey=cbna2u6ibmyxmlj1jm9uti72e

Please forward to State Farm for claim payment processing. The link will expire in 7 days. If you have any issues with the link or documents please let me know.

Thank you,

Heather

Heather Derenski | Attorney
**Cascade Law PLLC**
www.cascade-law.com
2707 Colby Ave, Suite 1420
Everett, WA 98201
425.998.8999 main
425.300.5729 direct

Confidentiality Notice: This e-mail message, from Cascade Law, PLLC, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. The recipient is responsible to maintain the confidentiality of this information and to use the information only for authorized purposes. If you are not the intended recipient (or authorized to receive information for the intended recipient), you are hereby notified that any review, use, disclosure, distribution, copying, printing, or action taken in reliance on the contents of this e-mail is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail and destroy all copies of the original message.

--