**HONORABLE JUDGE JAMAL N. WHITEHEAD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, a married couple,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurer,<br><br>Defendant. | Case No. 2:23-cv-00179-JNW<br><br>**DECLARATION OF HEATHER N. DERENSKI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO SEAL**<br><br>[NOTE ON MOTION CALENDAR DECEMBER 9, 2024] |

1. I am over the age of eighteen and competent to testify. I am Plaintiffs' counsel in this case. This declaration is based on my personal knowledge.

2. I understood the documents filed as Dkt. No. 61-10 were provided to Plaintiffs' counsel in response to a request for public records from the *Gamble v. State Farm* 3:19-cv-05956-MJP trial. I reviewed the court's docket in the *Gamble* trial and reasonably believed that both "Exhibit 15" and "Exhibit 16" had been admitted as trial exhibits, prior to filing Dkt. No. 61-10. Any error in this belief was unintentional.

After receiving Defense counsel Hicks' challenge regarding the public availability of the documents and request to seal, I reviewed the court's record. When I could not locate a record

DECLARATION OF HEATHER N. DERENSKI ISO
PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO SEAL
**Case No. 2:23-cv-00179-JNW**
Page 1 of 3

**CEDAR VIEW LAW, PLLC**
108 UNION AVENUE
SNOHOMISH, WA 98290
(425) 460-0080

regarding "Exhibit 16" which I previously believed I reviewed prior to filing Dkt. No. 61-10, I contacted the court. The court informed me they would have someone respond to my inquiry. I have not yet received a response. I was also unable to locate a document in the court's record following the admittance of "Exhibit 15" that required the return or destruction of the documents.

Plaintiffs' counsel maintained the documents as confidential, and have not shared or otherwise used the documents after the notification the documents were protected.

Signed under penalty of perjury in Snohomish Washington December 4, 2024.

                                           *s/Heather N. Derenski*
                                           Heather N. Derenski

DECLARATION OF HEATHER N. DERENSKI ISO
PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO SEAL
**Case No. 2:23-cv-00179-JNW**
Page 2 of 3

**CEDAR VIEW LAW, PLLC**
108 UNION AVENUE
SNOHOMISH, WA 98290
(425) 460-0080

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on December 4, 2024, I caused one true copy of the foregoing document with exhibits to be served in the manner indicated below:

**Attorney for Defendant**
**State Farm Fire & Casualty Company**
James D. Hicks
SINARS SLOWIKOWSKI TOMASKA LLC
221 1st Avenue W, Suite 200
Seattle, WA 98119
(206) 705-2115
jhicks@sinarslaw.com

☐ U.S. Postal Service
☐ Facsimile
☐ E-Mail
☒ E-Service/ECF
☐ Hand Delivery
☐ Via Legal Messenger Service

DATED December 4, 2024, in Snohomish, Washington.

CEDAR VIEW LAW, PLLC

*s/Heather N. Derenski*
Heather N. Derenski, Attorney

DECLARATION OF HEATHER N. DERENSKI ISO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO SEAL
Case No. 2:23-cv-00179-JNW
Page 3 of 3

**CEDAR VIEW LAW, PLLC**
108 UNION AVENUE
SNOHOMISH, WA 98290
(425) 460-0080