HONORABLE JAMAL N. WHITEHEAD

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-CV-00179-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO WITHDRAW CERTAIN AFFIRMATIVE DEFENSES**<br><br>[PROPOSED] |

THIS MATTER came before the Court by way of the Stipulated Motion to Withdraw Certain Affirmative Defenses, stipulated by Plaintiffs Michael Wright and Alexis Wright and Defendant State Farm Fire and Casualty Company. The Court, having reviewed the motion, orders as follows:

It is ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion to Withdraw Certain Affirmative Defenses is GRANTED and the following affirmative defenses are withdrawn: (11); (12); (15); (16); (17); and (18).

DATED this 6th day of February 2025.

_____
The Hon. Jamal N. Whitehead
UNITED STATE DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION
TO WITHDRAW CERTAIN AFFIRMATIVE
DEFENSES - 1

Sinars Slowikowski Tomaska LLC
221 1st Avenue W, Suite 200
Seattle, WA 98119
(206)705-2115

1  *Presented by:*

2  **SINARS SLOWIKOWSKI TOMASKA LLC**

3  *s/ James D. Hicks*

4  James D. Hicks, WSBA #36126
jhicks@sinarslaw.com

5  servicesea@sinarslaw.com

6  Counsel for Defendant State Farm Fire

7  and Casualty Company

8

9  **CEDAR VIEW LAW, PLLC**

10 *s/ Heather N. Derenski*
Heather N. Derenski, WSBA #59366

11 heather@cedarviewlawcom

12

13 **KARL E. MALLING, P.S.**

14 *s/ Karl E. Malling*
Karl E. Malling, WSBA #7047

15 Erin Cossette, WSBA #62096

16 Counsel for Plaintiffs Michael Wright
and Alexis Wright

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATED MOTION
TO WITHDRAW CERTAIN AFFIRMATIVE
DEFENSES - 2

**Sinars Slowikowski Tomaska** LLC
221 1st Avenue W, Suite 200
Seattle, WA 98119
(206)705-2115