UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL WRIGHT and ALEXIS WRIGHT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-cv-00179-JNW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

Before the Court is the Parties' Stipulation for Dismissal With Prejudice of All Claims, ECF No. 174. Plaintiffs are represented by Heather N. Derenski, Karl E. Malling, and Erin Cossette. Defendant is represented by James D. Hicks. The parties have submitted to the Court a Stipulation for Dismissal with Prejudice of all claims without any award of costs or attorney's fees or costs to any party.

//

//

//

//

//

ORDER OF DISMISSAL WITH
PREJUDICE OF ALL CLAIMS - 1
NO. 2:23-cv-00179-JNW

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

Plaintiffs' claims against Defendant State Farm Fire and Casualty Company are hereby **DISMISSED with prejudice** and without fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of May 2025.

JAMAL N. WHITEHEAD
United States District Judge